Goodmorning?   RECEIVED   12/27/2019

DEC 30 2019
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

First of all, how are everybody doing, at this moments and giving time? Fine, i do hope and pray that everybody had a wonderful holiday.

As for myself, i am blessed at this giving time.

But the reason why, i offender Mr. Antonio M. Dukes #502705, is writing you all from Louisiana State Penitentiary 17544 Tunica Trace, Angola Louisiana 70712, is for you all protection because my life have been threat by sgt. Henry Johnson and sgt. Kristen Sewell.

So at this moment and giving time, i am requesting for you all protection at Louisiana State Penitentiary.

Thank you all



NOT CENSORED
Not Responsible For Contents
La. State Penitentiary

DEC 27 2019

LA. STATE PEN.
AN ALL MALE PENAL INSTITUTE

Antonio M Dukes #502705
GENERAL DELIVERY
LOUISIANA STATE PENITENTIARY
ANGOLA, LA. 70712



U.S. POSTAGE >> PITNEY BOWES

ZIP 70712  $ 000.50⁰
02 4W
0000368485 DEC 27. 2019



SCREENED OK U.S. MARSHAL

CLERK OF COURT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
777 FLORIDA STREET, SUITE 139
BATON ROUGE, LA. 70801

70801$1766 C046