UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANTONIO M. DUKES (#502705)            CIVIL ACTION NO.

VERSUS            19-895-SDD-EWD

HENRY JOHNSON, ET AL.

### RULING

On or about December 30, 2019, the *pro se* Plaintiff, a person confined at the Louisiana State Penitentiary ("LSP"), Angola, Louisiana, filed a Complaint alleging a civil rights violation pursuant to 42 U.S.C. § 1983.[1] Pursuant to correspondence dated January 21, 2020, the Court directed Plaintiff to submit a new Complaint, on the proper form, and ensuring that the information be provided as indicated.[2] The Court also ordered Plaintiff to either submit a Motion to Proceed *in Forma Pauperis* or to pay the filing fee.[3] The correspondence advised Plaintiff he must correct the deficiencies within twenty-one (21) days and advised him that failure to do so would result in dismissal of his suit without further notice.[4]

A review of the record by the Court reflects that, despite notice, Plaintiff has failed to take any action in this matter to remedy the deficiencies of which he was notified. As such, Plaintiff's action shall be dismissed without prejudice for failure of Plaintiff to properly correct the deficiencies of which he was notified. Accordingly,

---

[1] R. Doc. 1.
[2] R. Doc. 3.
[3] R. Doc. 3.
[4] R. Doc. 3.

IT IS HEREBY ORDERED that the above-captioned proceeding be **DISMISSED WITHOUT PREJUDICE**. *Judgment* shall be entered accordingly.

Signed in Baton Rouge, Louisiana on February 22, 2020.

*[signature]*

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA